IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INDICTMENT |
| | : | |
| | : | CRIMINAL NO. 3:18-CR- 49 (CAR) |
| vs. | : | |
| | : | VIOLATIONS: |
| KYLE MYERS | : | 18 U.S.C. § 922(g)(3) |
| | : | 18 U.S.C. § 924(a)(2) |
| Defendant. | : | 18 U.S.C. § 922(k) |
| | : | 18 U.S.C. § 2 |
| | : | 21 U.S.C. § 856(a)(1) |
| | : | 21 U.S.C. § 841(a)(1) |
| | : | 21 U.S.C. § 841(b)(1)(D) |
| | : | 18 U.S.C. § 924(d)(1) |
| | : | 21 U.S.C. § 853 |
| | : | 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**(Possession of Firearm by a Drug User)**

That on or about August 7, 2017, in the Athens Division of the Middle District of Georgia,

**KYLE MYERS,**

defendant herein, aided and abetted by others both known and unknown to the Grand Jury, and

then being an unlawful user of a controlled substance as defined in 21 United States Code, Section

802, did knowingly and intentionally possess a firearm which had previously been shipped and

transported in interstate commerce, to-wit: one (1) Kahr Arms, model PM40,.40 caliber pistol,

serial # JA8883; one (1) Kriss, model Vector, .45 ACP caliber rifle, serial # 45R004437; and one

(1) Magnum Research Inc., model Desert Eagle, .44 caliber pistol, serial # DK0003651; in

violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

1

## COUNT TWO
### (Possession of a Firearm with an Obliterated Serial Number)

That on or about August 7, 2017, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**KYLE MYERS,**

defendant herein, aided and abetted by others both known and unknown to the Grand Jury, did knowingly possess a firearm, to wit: one (1) F.N. rifle model FS2000, .223 caliber with an obliterated, removed and altered serial number, which had previously been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(k), 924(a)(2) and Title 18, United States Code, Section 2.

## COUNT THREE
### (Maintaining a Drug Premises)

From July 1, 2017, to on or about August 7, 2017, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**KYLE MYERS,**

Defendant herein, did unlawfully and knowingly use and maintain a place located at 7643 Royston Road, Carnesville, Georgia, for the purpose of using and distributing a controlled substance, all in violation of Title 21, United States Code, Section 856(a)(1), and Title 18, United States Code, Section 2.

## COUNT FOUR
### (Possession with Intent to Distribute)

On or about August 7, 2017, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**KYLE MYERS,**

2

Defendant herein, aided and abetted by others known and unknown to the Grand Jury, knowingly and intentionally possessed with intent to distribute a schedule I controlled substance, to-wit: marijuana and Butane Honey Oil, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(D), and Title 18, United States Code, Section 2.

## FORFEITURE NOTICE
**(21 U.S.C. § 853, 18 U.S.C. § 924(d)(1),
and 28 U.S.C. § 2461(c) - Criminal Forfeiture)**

1.      The allegations contained in Counts One through Four of this Indictment are hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeitures to the United States of America, pursuant to the provisions of Title 21, United States Code, Section 853, and/or Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

2.      Upon conviction of the offense(s) in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2) set forth in Count One; Title 18, United States Code, Sections 922(k) and 924(a)(2) set forth in Count Two; Title 21, United States Code, Section 856(a)(1) set forth in Count Three; and/or Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D) set forth in Count Four of this Indictment, the defendant,

**KYLE MYERS,**

shall forfeit to the United States of America pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense(s), and any property, real or personal, used, or intended to be used in any manner or part to commit, or to facilitate the commission of, the offense(s); and/or, any firearms and ammunition involved in the commission of the offense(s), including, but not limited to, the following:  one (1) Advanced Armament Corp. of Georgia, Model: TI-Rant, .45 caliber silencer,

3

Serial Number: TR453367; one (1) Kriss USA Inc. (Transformational Defense Ind.) Model: Vector SBR, .45 caliber rifle, Serial Number: 45R004437; one (1) Advanced Armament Corp., Model: Cyclone, 7.62 caliber silencer, Serial Number: C00322; one (1) Silencer Co., Model: SALVO 12, silencer, Serial Number: SAL12-FPS-1; one (1) Silencer Co., Model: SPEC WAR, 7.62 caliber silencer, Serial Number: SW762-FPS-1; one (1) Silencer Co., Model: Harvester, silencer, Serial Number: HRV-FPS-1; one (1) Silencer Co., Model: SAKER, 7.62 caliber silencer, Serial Number: SKR762-FPS-1; one (1) Silencer Co., Model: Sparrow, 22 caliber silencer, Serial Number: SPS-FPS-1; one (1) SRM, Inc. (SRM ARMS), Model: SRM 1216, 12 gauge shotgun, Serial Number: A000652; and one (1) SRM, Inc. (SRM ARMS), Model: SRM 1216, 12 gauge shotgun, Serial Number: C000155; pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

3.    If any of the property subject to forfeiture, as a result of any act or omission of the defendant(s):

(a)    cannot be located upon exercise of due diligence;

(b)    has been transferred, sold to or deposited with, a third person;

(c)    has been placed beyond the jurisdiction of the court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), through Title 18, United States Code, Section 924(d)(1).

All pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c).

4

A TRUE BILL.


*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

Presented by:

CHARLES E. PEELER
UNITED STATES ATTORNEY


TAMARA A. JARRETT
ASSISTANT UNITED STATES ATTORNEY


Filed in open court this ⎽⎽ day of September, AD 2018.


Deputy Clerk

5