IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| vs. | : CRIMINAL NO. 3:18-CR-49 (CAR) |
| | : |
| KYLE MYERS | : |

PLEA

I, KYLE MYERS, having been advised of my Constitutional rights and having had the charges herein stated to me in open Court, plead NOT GUILTY to the Indictment in open Court, this 19th day of September, 2018.

_____
KYLE MYERS
DEFENDANT

_____
ATTORNEY FOR DEFENDANT

_____
TAMARA A. JARRETT
ASSISTANT UNITED STATES ATTORNEY