UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| vs. : | **:CASE NUMBER:3:18-CR-49-001-CAR-CHW** |
| : | |
| **KYLE LAMAR MYERS,** : | |
| : | |
| **Defendant.** : | |

## MOTION TO CONTINUE

Comes now, KYKE LARMAR MYERS, Defendant, by and through counsel, Patrick D. Deering and files this his Motion to Continue the trial of the above styled case. In support there of the defendants states as follows.

1.

The defendant has not received the discovery in the case and is not prepared to proceed to trial. Defendant expects to file a motion to suppress. Defendant requires additional time to prepare his motion to suppress. Defendant will waive speedy trial if necessary to continue the trial date.

2.

The U.S Attorney has informed counsel for the defendant that the government does not object to the continuance of the trial date.

Wherefore, the defendant respectfully prays the court grant his motion to continue.

Respectfully submitted this 26 day of September 2018.

BY: _____<br>
PATRICK D. DEERING<br>
Attorney for Defendant<br>
Georgia Bar ID No.: 215826

Patrick D. Deering, Esq.
The Kim Firm
5755 North Point Parkway
Suite 50
Alpharetta, Georgia   30022
(678) 990-3038

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| vs. | :CASE NUMBER:3:18-CR-49-001-CAR-CHW |
| KYLE LAMAR MYERS, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served the following persons with the above and foregoing **MOTION TO CONTINUE,** by electronic filing and U.S. Mail postage prepaid, to:

U.S Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon Ga. 30202-1702

This 26 day of September 2018.

BY: _____
PATRICK D. DEERING
Attorney for Defendant
Georgia Bar ID No.: 215826

Patrick D. Deering, Esq.
The Kim Firm
5755 North Point Parkway
Suite 50
Alpharetta, Georgia 30022
(678) 990-3038