UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| **Plaintiff,** | : |
| vs. | :CASE NUMBER:3:18-CR-49-001-CAR-CHW |
| KYLE LAMAR MYERS, | : |
| **Defendant.** | : |

## MOTION TO CONTINUE

Comes now, KYKE LARMAR MYERS, Defendant, by and through counsel, Patrick D. Deering and files this his Motion to Continue the trial of the above styled case. In support there of the defendant's states as follows.

1.

The defendant received the discovery in the case on October 12, 2018 however he is not prepared to proceed to trial. Counsel for Defendant is investigating issues concerning counts in the indictment and exculpatory evidence concerning these counts. Defendant is preparing a motion to suppress the search of the defendant and his residence. Defendant requires additional time to complete his motion to suppress and to prepare for trial. Defendant will waive speedy trial if necessary to continue the trial date.

2.

The Government agrees and consents to the continuance of the case.

3.

Counsel for the defendant was ill during early November due to complications from cancer treatment.

Wherefore, the defendant respectfully prays the court grant his motion to continue.

Respectfully submitted this 29 day of November 2018.

BY: _____
PATRICK D. DEERING
Attorney for Defendant
Georgia Bar ID No.: 215826

Patrick D. Deering, Esq.
The Kim Firm
5755 North Point Parkway
Suite 50
Alpharetta, Georgia   30022
(678) 990-3038

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| **Plaintiff,** | : |
| vs. | :CASE NUMBER:3:18-CR-49-001-CAR-CHW |
| KYLE LAMAR MYERS, | : |
| **Defendant.** | : |

### CERTIFICATE OF SERVICE

I do hereby certify that I have this day served the following persons with the above and foregoing **MOTION TO CONTINUE,** by electronic filing and U.S. Mail postage prepaid, to:

U.S Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon Ga. 30202-1702

This 29 day of November 2018.

BY: /s/ Patrick D. Deering
PATRICK D. DEERING
Attorney for Defendant
Georgia Bar ID No.: 215826

Patrick D. Deering, Esq.
The Kim Firm
5755 North Point Parkway
Suite 50
Alpharetta, Georgia   30022
(678) 990-3038