IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | No. 3:18-CR-49-CAR-CHW |
| **KYLE LAMAR MYERS,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

### ORDER ON DEFENDANT'S MOTION TO CONTINUE TRIAL

Before the Court is Defendant Kyle Lamar Myers's Motion to Continue [Doc. 19] the pretrial hearing in this case, presently scheduled for November 30, 2018, and the trial, which is set to begin on December 10, 2018, in Athens, Georgia. On September 11, 2018, the Grand Jury returned a four-count indictment charging Defendant with possession of a firearm by a drug user, possession of a firearm with an obliterated serial number, maintaining a drug premises, and possession with intent to distribute. On September 19, 2018, Defendant pled not guilty at his arraignment and was released on an unsecured bond. This case has once been previously continued, and the Government does not oppose this Motion.

In the instant Motion, defense counsel represents he received discovery in this case and requires additional time for further investigation, to file a motion to suppress, and to prepare for trial. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant adequate time to address these matters, and the ends of justice

served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, Defendant's Motion to Continue [Doc. 19] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until February 11, 2019, the next term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 29th day of November, 2018.

> S/ C. Ashley Royal
> C. ASHLEY ROYAL, SENIOR JUDGE
> UNITED STATES DISTRICT COURT