# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION
# AT ATHENS, GEORGIA



## MINUTE SHEET
## OF COURT PROCEEDINGS ( )

Date: 01/10/2019                     Type of Hearing:    Pretrial Conference

Judge: C. Ashley Royal               Court Reporter:     Tammy DiRocco

Courtroom Deputy: Lee Anne Purvis    Law Clerk:

### Case Number: 3:18-cr-49-1(CAR)

U. S. A.                             Counsel:            Tamara Jarrett

vs.

Kyle Myers                           Counsel:            Patrick Deering

Agents/Experts in attendance: Jessica McFadden, USPO

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR:/02**

The Court calls the case. AUSA Tamara Jarrett requests a continuance for additional plea negotiations. Patrick Deering joins in the request. Case continued.