IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 3:18-CR-49-CAR-CHW |
| KYLE LAMAR MYERS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER TO CONTINUE TRIAL

On September 11, 2018, the Grand Jury returned a four-count indictment charging Defendant with possession of a firearm by a drug user, possession of a firearm with an obliterated serial number, maintaining a drug premises, and possession with intent to distribute. On September 19, 2018, Defendant pled not guilty at his arraignment and was released on an unsecured bond.

This case is currently scheduled for trial on February 11, 2019. At the pretrial hearing on January 10, 2019, however, Defendant and the Government jointly requested this case be continued so they may engage in further plea negotiations. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant adequate time to address these matters, and the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, **IT IS HEREBY ORDERED** that this case be

continued until April 15, 2019, the next term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 18th day of January, 2019.

<u>S/ C. Ashley Royal</u>
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT