Kyle MyersPS 42
(Rev. 7/00)

# United States District Court

## Middle District of Georgia

| United States of America | ) | |
| :--- | :--- | :--- |
| vs | ) | |
| Kyle Myers | ) | Case No. 3:18CR-00049-CAR-CHW-1 |

## CONSENT AND ORDER TO MODIFY CONDITIONS OF RELEASE

I, Kyle Myers, have discussed with Tanisha Sanford-Yarber, Sr. U.S. Probation Officer, modification of my release as follows:

The defendant shall participate in a mental health treatment program under the guidance and supervision of the U.S. Probation Office.

I consent to this modification of my release conditions and agree to abide by this modification.

X _Kyle Myers_  2-8-19
Kyle Myers    Date

_Tanisha Sanford-Yarber_  02.08.19
Tanisha Sanford-Yarber    Date
Sr. U.S. Probation Officer

[X] The above modification of conditions of release is ordered, to be effective on _February 8, 2019_.

[ ] The above modification of conditions of release is not ordered.

_Charles H. Weigle_         _February 21, 2019_
Honorable Charles H. Weigle       Date
U. S. Magistrate Judge