UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 3:18-CR-49 (CAR) |
| v. : | |
| : | Filed at 2:17 PM |
| KYLE MYERS, : | 3-5, 2019 |
| : | |
| Defendant. : | DEPUTY CLERK, U.S. DISTRICT COURT |
| : | MIDDLE DISTRICT OF GEORGIA |

## CHANGE OF PLEA

I, KYLE MYERS, having been advised of my constitutional rights, and having had the charges herein stated to me, and pursuant to a written plea agreement, the terms of which are subject to acceptance or rejection by the court at such time as the Court has considered a pre-sentence report, do now hereby plead **GUILTY** to Count Four of the Indictment, this _5_ day of _March_, 2019.

I also acknowledge the fact that the Court is required to consider any applicable sentencing guideline when imposing sentence in this case.

KYLE MYERS
DEFENDANT

PATRICK DEERING
ATTORNEY FOR DEFENDANT

TAMARA A. JARRETT
ASSISTANT UNITED STATES ATTORNEY