# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No. 3:18-CR-49 (CAR-CHW) |
| **KYLE MYERS,** : | |
| : | |
| **Defendant.** : | |
| : | |

## MOTION FOR ADDITIONAL DECREASE FOR ACCEPTANCE OF RESPONSIBILITY PURSUANT TO U.S.S.G. § 3E1.1(b)

COMES NOW the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and files the present Motion for Additional Decrease for Acceptance of Responsibility Pursuant to U.S.S.G. Section 3E1.1(b). In support hereof, the United States shows that the Defendant assisted authorities in the prosecution of Defendant's own misconduct by timely notifying authorities of Defendant's intention to enter a plea of guilty, thereby permitting the Government to avoid preparing for trial and permitting the Government and the Court to allocate their resources efficiently.

Therefore, in the event that the Defendant qualifies for a two level decrease for acceptance of responsibility pursuant to Section 3E1.1(a) of the United States Sentencing Guidelines, and if the Defendant's offense level as determined prior to the operation of Section 3E1.1(a) is level 16 or greater, the United States moves the Court to make an additional one level decrease in the offense level pursuant to Section 3E1.1(b).

RESPECTFULLY SUBMITTED, this 6th day of March, 2019.

        CHARLES E. PEELER
        UNITED STATES ATTORNEY

        */s/ Tamara A. Jarrett*
        TAMARA A. JARRETT
        Assistant United States Attorney
        Georgia Bar Number 389629
        United States Attorney's Office
        Middle District of Georgia
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 752-3511
        Fax: (478) 621-2655

        *Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I, Tamara A. Jarrett, Assistant United States Attorney, hereby certify that I do hereby certify that I have this date served the within and foregoing **Motion for Additional Decrease for Acceptance of Responsibility Pursuant to U.S.S.G. § 3E1.1(b)** with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

Respectfully submitted, this 6th day of March, 2019.

CHARLES E. PEELER
UNITED STATES ATTORNEY

*/s/ Tamara A. Jarrett*
TAMARA A. JARRETT
Assistant United States Attorney
Georgia Bar Number 389629
United States Attorney's Office
Middle District of Georgia
Post Office Box 1702
Macon, Georgia 31202-1702
Telephone: (478) 752-3511
Fax: (478) 621-2655

*Attorneys for the United States of America*