10:35 - 10:56

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION
AT ATHENS, GEORGIA

MINUTE SHEET OF SENTENCING HEARING



| | | | |
|---|---|---|---|
| Date: | 6/19/2019 | Court Time for MJSTAR/JS10: | /18 |
| Judge: | C. Ashley Royal | Court Reporter: | Tammy DiRocco |
| Courtroom Deputy: | Lee Anne Purvis | Interpreter: | |

**CASE NO. 3:18-cr-49-1(CAR)**

| | | | |
|---|---|---|---|
| U.S.A. | | AUSA: | Tamara Jarrett |
| v. | | | |
| Kyle Myers | | Counsel: | Patrick Deering |
| Agent/Experts in attendance: | | Crystal McGinnis USPO | |

OFFENSE LEVEL: 6    CATEGORY: I    RANGE: 0-6
IMPRISONMENT: 2 mos    SUPERVISED RELEASE: 2 yrs
PROBATION:

## CONDITIONS

☑ A **mandatory assessment fee** of $ 100 is to be paid immediately.
☐ **Fine is waived.** It is the Court's judgment that the defendant is unable and not likely to become able to pay all or part of a fine even with the use of a reasonable installment schedule. Therefore, the Court waives the fine as well as any alternative sanctions in this case.
☑ The period of supervised release shall include the mandatory, standard, and special conditions as noted in the Presentence Report and the Court's Standing Order 2017-02.
☑ Financial penalties shall be paid in accordance with the Court's Standing Order 2017-02.

**ADDITIONAL CONDITIONS/COMMENTS:**

- $7,500 fine
- forfeiture per plea agreement
- passport surrender - forward to State Dept

VOLUNTARY SURRENDER: ☑ Yes ☐ No    APPEAL INFORMATION GIVEN TO: ☑ Atty ☑ Dft

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*