DEFENDANT:        KYLE MYERS
CASE NUMBER:   3:18-CR-00049-01(CAR)

EXHIBIT A

LIST OF ITEMS TO BE FORFEITED/ABANDONED/RELINQUISHED

One (1) Advanced Armament Corporation of Georgia, Model: TI-Rant, .45 caliber silencer, serial number TR453367;

One (1) Kriss USA Incorporated (Transformational Defense Ind.), Model: Vector SBR, .45 caliber rifle, serial number 45R004437;

One (1) Advanced Armament Corporation, Model: Cyclone, 7.62 caliber silencer, serial number C00322;

One (1) Silencer Company, Model: SALVO 12, silencer, serial number SAL12-FPS-1;

One (1) Silencer Company, Model: SPEC WAR, 7.62 caliber silencer, serial number SW762-FPS-1;

One (1) Silencer Company, Model: Harvester, silencer, serial number HRV762-FPS-1;

One (1) Silencer Company, Model: SAKER, 7.62 caliber silencer, serial number SKR762-FPS-1;

One (1) Silencer Company, Model: Sparrow, 22 caliber silencer, serial number SPS-FPS-1;

One (1) SRM, Incorporated (SRM ARMS), Model: SRM 1216, 12-gauge shotgun, serial number A000652;

One (1) SRM, Incorporated (SRM ARMS), Model: SRM 12-gauge shotgun, serial number C000155.